UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

*v.*

DAVID C. JACKSON and ALEX HURT

Criminal No. 3:14cr250 (JBA)

**JURY VERDICT**

1. On COUNT ONE charging conspiracy to commit wire fraud, we the Jury unanimously find:

   a. Defendant DAVID JACKSON:

   Not Guilty ☐ Guilty ☑

   b. Defendant ALEX HURT:

   Not Guilty ☐ Guilty ☑

2. On COUNT TWO charging wire fraud on or about April 27, 2010, we the Jury unanimously find Defendant DAVID JACKSON:

   Not Guilty ☐ Guilty ☑

3. On COUNT THREE charging wire fraud on or about May 10, 2010, we the Jury unanimously find Defendant DAVID JACKSON:

   Not Guilty ☐ Guilty ☑

4. On COUNT FOUR charging wire fraud on or about May 21, 2010, we the Jury unanimously find Defendant DAVID JACKSON:

   Not Guilty ☐ Guilty ☑

5. On COUNT FIVE charging wire fraud on or about June 23, 2010, we the Jury unanimously find Defendant DAVID JACKSON:

   Not Guilty ☐ Guilty ☑

6. On COUNT SIX charging wire fraud on or about June 24, 2010, we the Jury unanimously find Defendant DAVID JACKSON:

   Not Guilty ☐ Guilty ☑

7. On COUNT SEVEN charging wire fraud on or about July 1, 2010, we the Jury unanimously find:

   a. Defendant DAVID JACKSON:

      Not Guilty ☐ Guilty ☑

   b. Defendant ALEX HURT:

      Not Guilty ☐ Guilty ☑

8. On COUNT EIGHT charging wire fraud on July 14, 2010, we the Jury unanimously find:

   a. Defendant DAVID JACKSON:

      Not Guilty ☐ Guilty ☑

   b. Defendant ALEX HURT:

      Not Guilty ☐ Guilty ☑

9. On COUNT NINE charging wire fraud on July 30, 2010, we the Jury unanimously find:

   a. Defendant DAVID JACKSON:

   Not Guilty ☐ Guilty ☑

   b. Defendant ALEX HURT:

   Not Guilty ☐ Guilty ☑

10. On COUNT TEN charging wire fraud on August 3, 2010, we the Jury unanimously find Defendant DAVID JACKSON:

    Not Guilty ☐ Guilty ☑

11. On COUNT ELEVEN, charging false statements, we the Jury unanimously find Defendant ALEX HURT:

    Not Guilty ☐ Guilty ☑

*Your deliberations are complete. The foreperson should sign and date this verdict form.*

/s/

SIGNATURE OF FOREPERSON

PRINTED NAME OF FOREPERSON

Dated at New Haven, Connecticut this 29th day of September, 2015 at 3:55 a.m./p.m.